IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TLARENCE MUNNERLYN,

   Appellant,

             Case No.  5D22-1881
v.            LT Case No. 2016-CF-003372-C

STATE OF FLORIDA,

   Appellee.
_____/

Decision filed March 7, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Rachael E. Reese, of O'Brien
Hatfield Reese, P.A., Tampa,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

  AFFIRMED.

LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.